JOHN L. SOILEAU, ET AL.      *     NO. 2021-CA-0022

VERSUS     *     COURT OF APPEAL

CHURCHILL DOWNS     *     FOURTH CIRCUIT
LOUISIANA HORSERACING
COMPANY, L.L.C.,.     *     STATE OF LOUISIANA
CHURCHILL DOWNS
LOUISIANA VIDEO POKER     *
COMPANY, L.L.C., ET AL.

    *

* * * * * * *

CONSOLIDATED WITH:        CONSOLIDATED WITH:

JOHN L. SOILEAU, ET AL.        NO. 2021-CA-0049

VERSUS

CHURCHILL DOWNS
LOUISIANA HORSERACING
COMPANY, L.L.C., CHURCHILL
DOWNS LOUISIANA VIDEO
POKER COMPANY, L.L.C., ET
AL.

CONSOLIDATED WITH:        CONSOLIDATED WITH:

JOHN SOILEAU, ET AL.        NO. 2021-CA-0199

VERSUS

CHURCHILL DOWNS
LOUISIANA HORSERACING
COMPANY, L.L.C., CHURCHILL
DOWNS LOUISIANA VIDEO
POKER COMPANY, L.L.C., ET
AL.

*TGC*

CHASE, J., CONCURS

    I respectfully concur in the result.